**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **The Guitammer Company** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **31-1292441** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7099 Hunley Rd Unit 108 Columbus, OH 43229** | **PO Box 82 Westerville, OH 43086** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Franklin** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **http://www.guitammer.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **The Guitammer Company**                    Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |

     B. *Check all that apply*

     ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

     ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

     ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

     C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        **3343**

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

---

Debtor    **The Guitammer Company**

Name                                                                                    Case number (*if known*) _____

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **The Guitammer Company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | | |
|---|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | |
| | I have been authorized to file this petition on behalf of the debtor. | |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. | |
| | I declare under penalty of perjury that the foregoing is true and correct. | |

Executed on     **March 16, 2021**
                MM / DD / YYYY

**X** **/s/ Mark A. Luden**                                      **Mark A. Luden**
Signature of authorized representative of debtor                Printed name

Title     **President**

---

**18. Signature of attorney**

**X** **/s/ Frederic P. Schwieg, Esq.**                     Date    **March 16, 2021**
Signature of attorney for debtor                                    MM / DD / YYYY

**Frederic P. Schwieg, Esq. 0030418**
Printed name

**Frederic P Schwieg Attorney at Law**
Firm name

**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
Number, Street, City, State & ZIP Code

Contact phone    **440-499-4506**          Email address    **fschwieg@schwieglaw.com**

**0030418 OH**
Bar number and State

Form **8879-C**

Department of the Treasury
Internal Revenue Service

## IRS e-file Signature Authorization for Form 1120

OMB No. 1545-0123

For calendar year 2019, or tax year beginning _____ , 2019, ending _____ , 20 ____

▶ **Do not send to the IRS. Keep for your records.**

▶ **Go to www.irs.gov/Form8879C for the latest information.**

**2019**

| Name of corporation | Employer identification number |
|---|---|
| The Guitammer Company | 61-1650777 |

| **Part I** | **Tax Return Information** (Whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | 1 | 851,273. |
| 2 | Taxable income (Form 1120, line 30) | 2 | -163,760. |
| 3 | Total tax (Form 1120, line 31) | 3 | |
| 4 | Amount owed (Form 1120, line 35) | 4 | |
| 5 | Overpayment (Form 1120, line 36) | 5 | |

| **Part II** | **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.** |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2019 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **Hack, Steer & Company LLC** to enter my PIN | 50777

ERO firm name | do not enter all zeros

as my signature on the corporation's 2019 electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2019 electronically filed income tax return.

Officer's signature ▶ _____ Date ▶ _____ Title ▶ CFO

| **Part III** | **Certification and Authentication** |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. | 34272745901

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2019 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____ Date ▶ 09/09/20

### ERO Must Retain This Form - See Instructions
### Do Not Submit This Form to the IRS Unless Requested To Do So

**For Paperwork Reduction Act Notice, see instructions.**

Form **8879-C** (2019)

LHA

910211  10-31-19

Form **1120**

**U.S. Corporation Income Tax Return**

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

For calendar year 2019 or tax year beginning _____ ending _____

Extension Granted to 10/15/20

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

**2019**

**A** Check if:
1a Consolidated return (attach Form 851) ...... **X**
b Life/nonlife consolidated return ...
2 Personal holding co. (attach Sch. PH) ......
3 Personal service corp. (see instructions) ......
4 Schedule M-3 attached ......

TYPE OR PRINT

**Name**
The Guitammer Company

**Number, street, and room or suite no. If a P.O. box, see instructions.**
P.O. Box 82

**City or town, state or province, country, and ZIP or foreign postal code**
Westerville, OH  43086

**B** Employer identification number
61-1650777

**C** Date incorporated
05/18/2011

**D** Total assets (see instructions)
$ 626,164.

**E** Check if: **(1)** ☐ Initial return  **(2)** ☐ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change

| Income | | | |
|---|---|---|---|
| **1a** Gross receipts or sales | | 1a | 1,922,871. |
| **b** Returns and allowances | | 1b | |
| **c** Balance. Subtract line 1b from line 1a | | 1c | 1,922,871. |
| **2** Cost of goods sold (attach Form 1125-A) | | 2 | 1,193,560. |
| **3** Gross profit. Subtract line 2 from line 1c | | 3 | 729,311. |
| **4** Dividends and inclusions (Schedule C, line 23) | | 4 | |
| **5** Interest | | 5 | 2,508. |
| **6** Gross rents | | 6 | |
| **7** Gross royalties | | 7 | |
| **8** Capital gain net income (attach Schedule D (Form 1120)) | | 8 | |
| **9** Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | 7,055. |
| **10** Other income (attach statement)  See Consolidated Income and Deductions | | 10 | 112,399. |
| **11** **Total income.** Add lines 3 through 10 | ▶ | 11 | 851,273. |

| Deductions (See instructions for limitations on deductions.) | | | |
|---|---|---|---|
| **12** Compensation of officers (attach Form 1125-E) | | 12 | 100,638. |
| **13** Salaries and wages (less employment credits) | | 13 | 201,027. |
| **14** Repairs and maintenance | | 14 | 230. |
| **15** Bad debts | | 15 | |
| **16** Rents | | 16 | 75,500. |
| **17** Taxes and licenses | | 17 | 24,373. |
| **18** Interest (see instructions) | | 18 | 273,724. |
| **19** Charitable contributions | | 19 | |
| **20** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 20 | 11,170. |
| **21** Depletion | | 21 | |
| **22** Advertising | | 22 | 52,698. |
| **23** Pension, profit-sharing, etc., plans | | 23 | |
| **24** Employee benefit programs | | 24 | 31,476. |
| **25** Reserved for future use | | 25 | |
| **26** Other deductions (attach statement) See Consolidated Income and Deductions | | 26 | 244,197. |
| **27** **Total deductions.** Add lines 12 through 26 | ▶ | 27 | 1,015,033. |
| **28** Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | -163,760. |
| **29a** Net operating loss deduction (see instructions) | 29a | 0. | |
| **b** Special deductions (Schedule C, line 24) | 29b | | |
| **c** Add lines 29a and 29b | | 29c | |

| Tax, Refundable Credits, and Payments | | | |
|---|---|---|---|
| **30** **Taxable income.** Subtract line 29c from line 28. See instructions | | 30 | -163,760. |
| **31** Total tax (Schedule J, Part I, line 11) | | 31 | 0. |
| **32** 2019 net 965 tax liability paid (Schedule J, Part II, line 12) | | 32 | |
| **33** Total payments, credits, and section 965 net tax liability (Schedule J, Part III, line 23) | | 33 | |
| **34** Estimated tax penalty. See instructions. Check if Form 2220 is attached | ▶ ☐ | 34 | |
| **35** **Amount owed.** If line 33 is smaller than the total of lines 31, 32, and 34, enter amount owed | | 35 | 0. |
| **36** **Overpayment.** If line 33 is larger than the total of lines 31, 32, and 34, enter amount overpaid | | 36 | |
| **37** Enter amount from line 36 you want: Credited to 2020 estimated tax ▶ ____ Refunded ▶ | | 37 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  ▶ CFO  Title

May the IRS discuss this return with the preparer shown below?
**X** Yes  ☐ No

**Paid Preparer Use Only**

| | | |
|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date |
| Steven D. Steer | Steven D. Steer | 09/09/20 |

Check ☐ if self-employed  PTIN P00145901

Firm's name ▶ Hack, Steer & Company LLC
Firm's EIN ▶ 20-5607042

Firm's address ▶ 314 East Second Street
Salem, OH 44460
Phone no. 330-337-8713

911601 12-30-19  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**  Form **1120** (2019)

Form 1120 (2019)   **The Guitammer Company**                                     61-1650777   Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 50 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 65 | |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 23.3 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 26.7 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 50 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 65 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Subtotal.** Add lines 1 through 8 | | see instructions | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | | 100 | |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) | | | |
| 15 | Section 965(a) inclusion | | see instructions | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | | 100 | |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | | | |
| c | Other inclusions from CFCs under subpart F not included on line 15, 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) | | | |
| 17 | Global intangible Low-Taxed income (GILTI) (attach Form(s) 5471 and Form 8992) | | | |
| 18 | Gross-up for foreign taxes deemed paid | | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 | | | |
| 20 | Other dividends | | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities | | | |
| 22 | Section 250 deduction (attach Form 8993) | | | |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 | | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22. Enter here and on page 1, line 29b | | | |

Form **1120** (2019)

911611
12-30-19

Form 1120 (2019)    The Guitammer Company    61-1650777    Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | | | |
|---|---|---|---|---|---|
| **Part I - Tax Computation** | | | | | |
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ▶ | X | | | |
| 2 | Income tax. See instructions | | | 2 | 0. |
| 3 | Base erosion minimum tax amount (attach Form 8991) | | | 3 | |
| 4 | Add lines 2 and 3 | | | 4 | 0. |
| 5a | Foreign tax credit (attach Form 1118) | 5a | | | |
| b | Credit from Form 8834 (see instructions) | 5b | | | |
| c | General business credit (attach Form 3800) | 5c | | | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | | | |
| e | Bond credits from Form 8912 | 5e | | | |
| 6 | **Total credits.** Add lines 5a through 5e | | | 6 | |
| 7 | Subtract line 6 from line 4 | | | 7 | 0. |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | | | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | | | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | | | |
| c | Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 9c | | | |
| d | Interest due under the look-back method-income forecast method (attach Form 8866) | 9d | | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | | | |
| f | Other (see instructions - attach statement) | 9f | | | |
| 10 | **Total.** Add lines 9a through 9f | | | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | | | 11 | 0. |
| **Part II - Section 965 Payments** (see instructions) | | | | | |
| 12 | 2019 net 965 tax liability paid from Form 965-B, Part II, column (k), line 3. Enter here and on page 1, line 32 | | | 12 | |
| **Part III - Payments, Refundable Credits, and Section 965 Net Tax Liability** | | | | | |
| 13 | 2018 overpayment credited to 2019 | | | 13 | |
| 14 | 2019 estimated tax payments | | | 14 | |
| 15 | 2019 refund applied for on Form 4466 | | | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | | | 16 | |
| 17 | Tax deposited with Form 7004 | | | 17 | |
| 18 | Withholding (see instructions) | | | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | | | 19 | |
| 20 | Refundable credits from: | | | | |
| a | Form 2439 | 20a | | | |
| b | Form 4136 | 20b | | | |
| c | Form 8827, line 5c | 20c | | | |
| d | Other (attach statement - see instructions) | 20d | | | |
| 21 | **Total credits.** Add lines 20a through 20d | | | 21 | |
| 22 | 2019 net 965 tax liability from Form 965-B, Part I, column (d), line 3. See instructions | | | 22 | |
| 23 | **Total payments, credits, and section 965 net tax liability.** Add lines 19, 21, and 22. Enter here and on page 1, line 33 | | | 23 | |

Form **1120** (2019)

911621
12-30-19

Form 1120 (2019)    The Guitammer Company                                      61-1650777    Page **4**

| **Schedule K** | **Other Information** (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1** Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ▶ _____

**2** See the instructions and enter the:

**a** Business activity code no. ▶ 334310

**b** Business activity ▶ Manufacturer

**c** Product or service ▶ Sound Equipment

**3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ........................ | X (No)

If "Yes," enter name and EIN of the parent corporation

**4** At the end of the tax year:

**a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) | X (No)

**b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) ........... | X (No)

**5** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions ............. | X (No)

If "Yes," complete (i) through (iv) below.

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions ............. | X (No)

If "Yes," complete (i) through (iv) below.

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 | X (No)

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

**7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? ........... | X (No)

For rules of attribution, see section 318. If "Yes," enter:

**(a)** Percentage owned ▶ _____  and **(b)** Owner's country ▶ _____

**(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount .................. ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here .................. ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) ........................................ ▶ $ 6,132,094.

911632
12-30-19

Form **1120** (2019)

Form 1120 (2019)   The Guitammer Company                                61-1650777   Page 5

| | Schedule K | Other Information *(continued from page 4)* | | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions | | X |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2019 that would require it to file Form(s) 1099? | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099? | X | |
| 16 | During this tax year, did the corporation have an 80%-or-more change in ownership, including a change due to redemption of its own stock? | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? | | X |
| 20 | Is the corporation operating on a cooperative basis? | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," to any, complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter amount from Form 8996, line 14 .......... ▶ $ | | |

Form **1120** (2019)

911633
12-30-19

Form 1120 (2019)   The Guitammer Company                                   61-1650777      Page **6**

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 55,096. | | 169,445. |
| 2a | Trade notes and accounts receivable | 58,885. | | 90,323. | |
| b | Less allowance for bad debts | ( 5,073.) | 53,812. | ( ) | 90,323. |
| 3 | Inventories | | 62,845. | | 52,248. |
| 4 | U.S. government obligations | See Statement of Consolidated Beginning Balance Sheet | | See Statement of Consolidated Ending Balance Sheet | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | | 161,264. | | 107,203. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | 154,526. | | 110,522. |
| 10a | Buildings and other depreciable assets | 210,692. | | 231,347. | |
| b | Less accumulated depreciation | ( 210,692.) | | ( 217,648.) | 13,699. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 171,549. | | 173,920. | |
| b | Less accumulated amortization | ( 104,874.) | 66,675. | ( 91,327.) | 82,593. |
| 14 | Other assets (att. stmt.) | | 131. | | 131. |
| 15 | Total assets | | 554,349. | | 626,164. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 720,245. | | 774,491. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 1,301,212. | | 1,283,212. |
| 18 | Other current liabilities (att. stmt.) | | 885,660. | | 905,547. |
| 19 | Loans from shareholders | | 402,497. | | 320,477. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 370,178. | | 385,866. |
| 21 | Other liabilities (att. stmt.) | | 12,260. | | |
| 22 | Capital stock: **a** Preferred stock | | | | |
| | **b** Common stock | 97,061. | 97,061. | 115,421. | 115,421. |
| 23 | Additional paid-in capital | | 9,566,435. | | 9,826,673. |
| 24 | Retained earnings - Appropriated (attach statement) | | | | |
| 25 | Retained earnings - Unappropriated | | -12,801,199. | | -12,985,523. |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 554,349. | | 626,164. |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -184,324. | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest $ 1,052. | |
| 3 | Excess of capital losses over capital gains | | | | 1,052. |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| | **a** Depreciation $ | | | **a** Depreciation $ 2,513. | |
| | **b** Charitable contributions $ | | | **b** Charitable contributions $ | |
| | **c** Travel and entertainment $ 2,674. | | | 12,150. | |
| | 33,605. | 36,279. | | | 14,663. |
| | | | 9 | Add lines 7 and 8 | 15,715. |
| 6 | Add lines 1 through 5 | -148,045. | 10 | Income (page 1, line 28) - line 6 less line 9 | -163,760. |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -12,801,199. | 5 | Distributions: **a** Cash | |
| 2 | Net income (loss) per books | -184,324. | | **b** Stock | |
| 3 | Other increases (itemize): | | | **c** Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -12,985,523. | 8 | Balance at end of year (line 4 less line 7) | -12,985,523. |

**SCHEDULE O**
**(Form 1120)**

(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

# Consent Plan and Apportionment Schedule
# for a Controlled Group

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-FSC, 1120-L, 1120-PC, 1120-REIT, or 1120-RIC.
▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| The Guitammer Company | 61-1650777 |

| Part I | Apportionment Plan Information |
|---|---|

**1** Type of controlled group:
**a** [X] Parent-subsidiary group
**b** [ ] Brother-sister group
**c** [ ] Combined group
**d** [ ] Life insurance companies only

**2** This corporation has been a member of this group:
**a** [X] For the entire year.
**b** [ ] From _____ , until _____ .

**3** This corporation consents and represents to:
**a** [ ] Adopt an apportionment plan. All the other members of this group are adopting an apportionment plan effective for
the current tax year which ends on _____ , and for all succeeding tax years.
**b** [ ] Amend the current apportionment plan. All the other members of this group are currently amending a previously
adopted plan, which was in effect for the tax year ending _____ , and for all succeeding tax
years.
**c** [ ] Terminate the current apportionment plan and not adopt a new plan. All the other members of this group are not
adopting an apportionment plan.
**d** [ ] Terminate the current apportionment plan and adopt a new plan. All the other members of this group are adopting
an apportionment plan effective for the current tax year which ends on _____ , and for all
succeeding tax years.

**4** If you checked box 3c or 3d above, check the applicable box below to indicate if the termination of the current apportionment
plan was:
**a** [ ] Elected by the component members of the group.
**b** [ ] Required for the component members of the group.

**5** If you did not check a box on line 3 above, check the applicable box below concerning the status of the group's
apportionment plan (see instructions).
**a** [ ] No apportionment plan is in effect and none is being adopted.
**b** [ ] An apportionment plan is already in effect. It was adopted for the tax year ending _____ , and
for all succeeding tax years.

**6** If all the members of this group are adopting a plan or amending the current plan for a tax year after the due date
(including extensions) of the tax return for this corporation, is there at least one year remaining on the statute of limitations
from the date this corporation filed its amended return for such tax year for assessing any resulting deficiency? See
instructions.                           .
**a** [ ] Yes.
   (i)   [ ] The statute of limitations for this year will expire on _____ .
   (ii)  [ ] On _____ , this corporation entered into an agreement with the
         Internal Revenue Service to extend the statute of limitations for purposes of assessment until
         _____ .
**b** [X] No. The members may not adopt or amend an apportionment plan.

**7** [ ] If the corporation has a short tax year that does not include December 31, check the box. See instructions.

For Paperwork Reduction Act Notice, see Instructions for Form 1120.                           Schedule O (Form 1120) (Rev. 12-2018)

913335  04-01-19   LHA

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| The Guitammer Company | 61-1650777 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 62,845. |
| 2 | Purchases | 2 | 1,038,111. |
| 3 | Cost of labor | 3 | 0. |
| 4 | Additional section 263A costs (attach schedule) | 4 | 0. |
| 5 | Other costs (attach schedule) | 5 | 144,852. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,245,808. |
| 7 | Inventory at end of year | 7 | 52,248. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,193,560. |

**9 a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ..................................................... ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) .......... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO ..... **9d** |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ........ ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ........ ☐ Yes ☒ No

  If "Yes," attach explanation.

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

924441
04-01-19      LHA

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-0123

Name

The Guitammer Company

Employer Identification number

61-1650777

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 Marvin L. Clamme | ███████ | 100% | | | 30,815. |
| | | | | | |
| Mark A. Luden | ███████ | 100% | | | 69,823. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | |
|---|---|---|
| **2** Total compensation of officers ......................................................................................... | **2** | 100,638. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return ......................... | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ...................................................................... | **4** | 100,638. |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-E** (Rev. 10-2016)

924451 04-01-19    LHA

Form **4562**

Department of the Treasury
Internal Revenue Service    (99)

## Depreciation and Amortization
### (Including Information on Listed Property)    OTHER

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2019**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| The Guitammer Company | Other Depreciation | 61-1650777 |

**Part I**   Election To Expense Certain Property Under Section 179  **Note:**  If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,020,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** | 2,550,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ........ **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2018 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | 0. |
| 13 | Carryover of disallowed deduction to 2020. Add lines 9 and 10, less line 12  ▶ **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | 1,528. |

**Part III**   MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2019 | **17** | 5,971. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ....... ▶ ☐ | |

**Section B - Assets Placed in Service During 2019 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | 3,850. | 3.0 | MQ | 200DB | 1,604. |
| b 5-year property | | 4,727. | 5.0 | MQ | 200DB | 772. |
| c 7-year property | | 26,762. | 7.0 | MQ | 200DB | 1,219. |
| d 10-year property | | 3,037. | 10.0 | MQ | 200DB | 76. |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2019 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | / | | 30 yrs. | MM | S/L | |
| d 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 11,170. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

916251  12-12-19    LHA  **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2019)

Form 4562 (2019)          **The Guitammer Company**                    61-1650777    Page **2**

**Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? [ ] Yes [ ] No   24b If "Yes," is the evidence written? [ ] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | 25 | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |
| | : : | % | | | S/L - | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ........ | 28 |
29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ...................................................... | 29 |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) ............ | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year ... | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven ...................................................... | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 ............................ | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? ............... | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................ | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? ................ | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI** | **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2019 tax year: | | | | | |
| Various patent filings | 063019 | 2,271. | | 10.0 | 132. |

43 Amortization of costs that began before your 2019 tax year ........................................ | 43 | 10,401. |
44 **Total.** Add amounts in column (f). See the instructions for where to report | 44 | 10,533. |

Form **4797**

Department of the Treasury
Internal Revenue Service

# Sales of Business Property

(Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2))

► **Attach to your tax return.**

► **Go to www.irs.gov/Form4797 for instructions and the latest information.**

OMB No. 1545-0184

**2019**

Attachment
Sequence No. **27**

Name(s) shown on return

The Guitammer Company

Identifying number

61-1650777

1 Enter the gross proceeds from sales or exchanges reported to you for 2019 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20. See instructions | 1 | |

| **Part I** | **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year** (see instructions) |

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2 | | | | | | |
| | | | | | | |
| | | | | | | |

| 3 | Gain, if any, from Form 4684, line 39 | 3 | |
| 4 | Section 1231 gain from installment sales from Form 6252, line 26 or 37 | 4 | |
| 5 | Section 1231 gain or (loss) from like-kind exchanges from Form 8824 | 5 | |
| 6 | Gain, if any, from line 32, from other than casualty or theft | 6 | |
| 7 | Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows | 7 | |

**Partnerships and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120-S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you didn't have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

| 8 | Nonrecaptured net section 1231 losses from prior years. See instructions | 8 | |
| 9 | Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return. See instructions | 9 | |

| **Part II** | **Ordinary Gains and Losses** (see instructions) |

10 Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

| 11 | Loss, if any, from line 7 | 11 | ( | ) |
| 12 | Gain, if any, from line 7 or amount from line 8, if applicable | 12 | |
| 13 | Gain, if any, from line 31 | 13 | 7,055. |
| 14 | Net gain or (loss) from Form 4684, lines 31 and 38a | 14 | |
| 15 | Ordinary gain from installment sales from Form 6252, line 25 or 36 | 15 | |
| 16 | Ordinary gain or (loss) from like-kind exchanges from Form 8824 | 16 | |
| 17 | Combine lines 10 through 16 | 17 | 7,055. |

18 For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below.

a If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the loss from income-producing property on Schedule A (Form 1040 or Form 1040-SR), line 16. (Do not include any loss on property used as an employee.) Identify as from "Form 4797, line 18a." See instructions | 18a | |

b Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Schedule 1 (Form 1040 or 1040-SR), Part I, line 4 | 18b | |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**

Form **4797** (2019)

918001
12-04-19

| Part III | Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255 (see instructions) | | | | |

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A Furniture | 063006 | 072019 |
| B Equipment | 022007 | 072019 |
| C NHRA Trailer, canopy & wrap | 081213 | 071219 |
| D 2011 IScoot 50cc Scooter | 090313 | 071219 |

| These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) | 20 | 2,002. | 925. | 4,000. | 200. |
| 21 | Cost or other basis plus expense of sale | 21 | 9,827. | 2,493. | 5,000. | 802. |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | 9,827. | 2,493. | 5,000. | 730. |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | 0. | 0. | 0. | 72. |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | 2,002. | 925. | 4,000. | 128. |
| 25 | **If section 1245 property:** | | | | | |
| a | Depreciation allowed or allowable from line 22 | 25a | 9,827. | 2,493. | 5,000. | 730. |
| b | Enter the **smaller** of line 24 or 25a | 25b | 2,002. | 925. | 4,000. | 128. |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
| a | Additional depreciation after 1975 | 26a | | | | |
| b | Applicable percentage multiplied by the **smaller** of line 24 or line 26a | 26b | | | | |
| c | Subtract line 26a from line 24. If residential rental property **or** line 24 isn't more than line 26a, skip lines 26d and 26e | 26c | | | | |
| d | Additional depreciation after 1969 and before 1976 | 26d | | | | |
| e | Enter the **smaller** of line 26c or 26d | 26e | | | | |
| f | Section 291 amount (corporations only) | 26f | | | | |
| g | Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you didn't dispose of farmland or if this form is being completed for a partnership. | | | | | |
| a | Soil, water, and land clearing expenses | 27a | | | | |
| b | Line 27a multiplied by applicable percentage | 27b | | | | |
| c | Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, mining exploration costs, and depletion | 28a | | | | |
| b | Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
| b | Enter the **smaller** of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | 7,055. |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | 7,055. |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

| Part IV | Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions) | | |

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

**Section 1.263(a)-1(f) De Minimis Safe Harbor Election**

**The Guitammer Company**
**P.O. Box 82**
**Westerville, OH  43086**

**Employer Identification Number:  61-1650777**

**For the Year Ending December 31, 2019**

**The Guitammer Company, a parent corporation of a consolidated group,**
**is making the de minimis safe harbor election under Reg. Sec.**
**1.263(a)-1(f).**

**Name of group member:The Guitammer Company**
**Member ID:              61-1650777**

Section 1.263(a)-3(h) Safe Harbor Election for Small Taxpayers


The Guitammer Company
P.O. Box 82
Westerville, OH  43086


Employer Identification Number:  61-1650777


For the Year Ending December 31, 2019


The Guitammer Company is making the safe harbor election under Reg.
Sec. 1.263(a)-3(h) for the following eligible building property(s).

Description of Eligible Property(s):

7099 Huntley Rd,  Unit 108,  Columbus, OH

# THE GUITAMMER COMPANY

## CONDENSED  CONSOLIDATED BALANCE SHEETS

|  | | (unaudited) December 31, 2020 | | (unaudited) December 31, 2019 |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current assets** | | | | |
| Cash and cash equivalents | $ | 120,751 | $ | 169,445 |
| Accounts receivable, net | | 74,036 | | 188,365 |
| Inventory | | 94,207 | | 52,248 |
| Other current assets | | 2,381 | | 131 |
| Total current assets | | 291,375 | | 410,189 |
| | | | | |
| Property and equipment, net | | 142,075 | | 97,053 |
| Prepaid Expense | | 31,725 | | 9,260 |
| Investment in joint venture | | 176,432 | | 110,522 |
| **Total Assets** | $ | 641,607 | $ | 627,024 |
| | | | | |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | | | | |
| **Current liabilities** | | | | |
| Line of credit | $ | 39,523 | $ | 39,523 |
| Accounts payable | | 719,377 | | 774,491 |
| Accrued expenses | | 959,304 | | 905,547 |
| Deferred revenue | | 111 | | |
| Current portion of long-term debt - related parties | | 953,686 | | 953,686 |
| Current portion of long-term debt - non-related parties | | 653,334 | | 659,337 |
| Total current liabilities | $ | 3,325,335 | $ | 3,332,584 |
| | | | | |
| Payroll Protection Plan Loan | | - | | |
| Long-term debt, net of current portion - related parties | | 220,389 | | 204,572 |
| Long-term debt, net of current portion - non related parties | | 137,675 | | 132,435 |
| **Total Liabilities** | $ | 3,683,399 | $ | 3,669,592 |
| | | | | |
| **Commitments** | | - | | - |
| | | | | |
| **Stockholders' deficit** | | | | |
| Common stock, par value of $.001, 200,000,000 shares authorized; 116,301,000 and 99,557,370 shares issued and outstanding at June 30, 2020 and December 2019, respectively | | 116,301 | | 115,901 |
| Preferred stock, par value of $.001, 1,000,000 shares authorized; 50,000 shares issued and outstanding at June 30, 2019 and December 31, 2018, respectively | | | | - |
| Additional paid-in capital | | 10,017,148 | | 9,952,549 |
| Accumulated deficit | | (13,175,240) | | (13,111,017) |
| **Total Stockholders' deficit** | $ | (3,041,791) | $ | (3,042,568) |
| **Total Liabilities and Stockholders' deficit** | $ | 641,607 | $ | 627,024 |

# THE GUITAMMER COMPANY

## CONSOLIDATED STATEMENTS OF OPERATIONS
**Unaudited**

|  | For the Twelve Months Ended December 31, | |
|---|---|---|
|  | 2020 | 2019 |
|  | (not reviewed) | |
| **Total revenue** | $ 2,749,826 | $ 1,991,662 |
| **Cost of goods sold** | 1,610,101 | 1,048,708 |
| Gross profit | 1,139,725 | 942,954 |
|  | 41.45% | 47.35% |
| **Operating expenses** | | |
| General and administrative | 1,141,206 | 899,324 |
| Research and development | 25,622 | 12,893 |
|  | $ 1,166,828 | $ 912,217 |
| Loss from operations | $ (27,104) | $ 30,737 |
| **Other income (expense)** | | |
| Investment income from joint venture | 125,910 | 45,996 |
| Other | 74,680 | 12,666 |
| Net Interest expense | (237,709) | (273,724) |
|  | $ (37,119) | $ (215,062) |
| Gain / Loss before provision for income taxes | $ (64,223) | $ (184,325) |
| Provision for income taxes | - | - |
| Gain / Loss before dividends on preferred stock | $ (64,223) | $ (184,325) |
| Dividends - preferred stock | - | - |
| **Net loss available to common stockholders** | (64,223) | (184,325) |
| Basic and diluted loss per common share | $ (0.001) | $ (0.002) |
| Basic and diluted weighted average common shares outstanding | 116,533,861 | 115,901,500 |
| Adjustments: | | |
| Interest Expense | 237,709 | 273,724 |
| Depreciation and patent amortization | 20,134 | 12,111 |
| Taxes | - | - |
| EBITDA | $ 193,621 | $ 101,510 |
| Less non cash expenses from: | | |
| Stock warrant expense | - | - |
| Payment of stock and warrants to consultants | - | - |
| Employee stock options expense | 16,999 | 18,614 |
| Other  income | - | - |
| Adjusted EBITDA | $ 210,620 | $ 120,124 |

**THE GUITAMMER COMPANY**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(UNAUDITED)**

| | | For the Twelve Months Ended December 31, | |
| --- | --- | --- | --- |
| | | 2020 | 2019 |
| **Cash flows from operating activities** | | | |
| Net Income | $ | (64,223) | (184,326) |
| Adjustments to reconcile Net Income | | | |
| to net cash provided by operations: | | | |
| Accounts Receivable | | 114,330 | 26,711 |
| Inventory | | (41,960) | 10,597 |
| Accounts Payable | | (102,335) | 52,107 |
| Accrued Interest | | 145,984 | 22,026 |
| Other Current Liabilities | | (53,148) | (30,260) |
| Net cash provided by Operating Activities | | (1,353) | (103,144) |
| | | | |
| **Cash flows from investing activities** | | | |
| Accumulated Depreciation & Amortization | | 12,862 | (6,691) |
| Accumulated Depreciation: Accumulated Amortization | | 7,272 | |
| Equipment | | (36,295) | (17,617) |
| Patents/Trademark/Copyrights | | (28,860) | (2,271) |
| Leasehold Improvements | | 0 | (3,037) |
| PrePaid Expenses | | (22,466) | (9,160) |
| Investment in Joint Venture | | (65,910) | 44,005 |
| Net cash provided by Investing Activities | | (133,398) | 5,228 |
| | | | |
| **Cash flows from financing activities** | | | |
| Long term Accrued Interest | | 24,537 | 13,766 |
| Capital Lease | | (3,480) | 16,532 |
| Proceeds from Notes Payable (SBA PPP Loan) | | 0 | (174,987) |
| Additional Paid in Capital | | 64,599 | 356,954 |
| Capital Stock | | 400 | |
| Net cash provided by Financing Activities | | 86,056 | 212,265 |
| | | | |
| **Net cash increase (decrease) in cash and cash equivalents** | | (48,695) | 114,349 |
| **Cash and cash equivalents, beginning of period** | | 169,445 | 55,097 |
| **Cash and cash equivalents, end of period** | $ | 120,751 | 169,445 |

**Fill in this information to identify the case:**

Debtor name     **The Guitammer Company**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2021**        X /s/ Mark A. Luden
                                          Signature of individual signing on behalf of debtor

                                          **Mark A. Luden**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **The Guitammer Company** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Airfoil Public Relations of CA 336 North Main Street Royal Oak, MI 48067** | **Unknown** | **Public relations** | **Disputed** | | | **$12,333.44** |
| **Citadel Media PO Box 403975 Altanta, GA 30384-3975** | **Unknown** | **radio advertisements** | **Disputed** | | | **$40,090.00** |
| **Comcast SportNet California PO Box 795517 City of Industry, CA 91716-9517** | **Unknown** | **tv commercials** | **Disputed** | | | **$42,199.94** |
| **Discount Edgar 125 Wolf Road Suite 315 Albany, NY 12205** | | **edgarizing of SEC filings** | **Disputed** | | | **$3,387.00** |
| **Dodaro Consulting 8779 Younts Peak Court Attn: Wayne Dodaro Las Vegas, NV 89178** | **Wayne Dodaro** **wayne@dodaroconsulting.com** **612-723-2957** | **Consulting services** | | | | **$17,261.48** |
| **Eminence Speaker LLC P.O. Box 360 838 Mulberry Pike Eminence, KY 40019** | **Chris Rose** **chris.rose@eminence.com** **(502) 845-5622 ext. 336** | **product manufacturing** | **Disputed** | | | **$369,948.12** |
| **Horizons Companies 4000 Horizons Drive Attn: Don Lee Columbus, OH 43220** | **Don Lee** **donl@horizonscompanies.com** **614.306.8278** | **Marketing services** | | | | **$16,786.13** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **The Guitammer Company**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ice Miller** **250 West Street** **Columbus, OH** **43215** | **Jeffrey Deibel** **Jeffrey.Deibel@ice miller.com** **614-462-2246** | **Legal services** | | | | $72,333.64 |
| **ICS** **550 Parrott Street** **San Jose, CA 95112** | | **IT services** | **Disputed** | | | $4,000.00 |
| **Jon Katz** **38730 Glenlivet Ct** **Solon, OH 44139** | **jonmkatz@roadrun ner.com** **440-552-0659** | **Consulting services** | | | | $24,272.00 |
| **KeyBank NA** **Attn Debra J Hamber** **PO Box 94920** **Cleveland, OH** **44101-4920** | **Debra J Hamber** **debra_j_hamber@k eybank.com** **614-467-4116** | **Line of Credit** | | | | $39,651.56 |
| **KeyBank NA** **Attn Debra J Hamber** **PO Box 94920** **Cleveland, OH** **44101-4920** | **Attn Debra J Hamber** **debra_j_hamber@k eybank.com** | **PPP Loan** | **Contingent Unliquidated Disputed** | | | $116,178.00 |
| **Lawrence L. Lemoine** **512 Francisco Street** **Manhattan Beach, CA 90266** | **lllemoine@verizon. net** **310-200-9365** | **Promissory Note** | | | | $126,113.51 |
| **Media Answers LLC** **19065 Pebble Beach Way** **Attn: Chris Lennon** **Monument, CO 80132** | **Chris Lennon** **clennon@medians wers.tv** **719-445-8911** | **Consulting services** | | | | $17,672.84 |
| **Merrill Lynch Bank USA** **4661 Sawmill Road 2nd Floor** **Columbus, OH 43220** | **Chris Doyle** **chrisdoyle@forestc apitalgroup.com** **614-946-6005** | **2 Lines of Credit** | | | | $399,552.67 |
| **Ohio Development Svcs Agency** **Attn: Sharon Anthony** **77 S High St FL 29** **Columbus, OH 43215** | **Sharon Anthony** **Sharon.Anthony@ development.ohio. gov** **614.644.8010** | **Loan; Assigned and subordinated to Doyle and Jaocbs Trusts** | **Contingent Disputed** | | | $402,326.26 |
| **Opal Private Equity Fund LP** **250 West Street** **Columbus, OH 43215** | **Jeffrey Deibel** **Jeffrey.Deibel@ice miller.com** **614-462-2246** | **Promissory Note** | | | | $245,786.76 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **The Guitammer Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Schneider Downs & Co. Inc 65 E. State Street #2000 Columbus, OH 43215** | **Michael A. Renzelman**<br><br>**mrenzelman@schneiderdowns.com (614) 621-4060** | **Audit services** | | | | **$16,245.00** |
| **Thelma Gault 91 Shelby Street Eminence, KY 40019** | **tgault@iglou.com 502-845-5489** | **Promissory Note** | **Contingent Disputed** | | | **$930,365.18** |
| **Walter J. Doyle 1970 Jewett Road Powell, OH 43065** | **walterdoyle@forestcapitalgroup.com 614-885-4742** | **Promissory Note** | | | | **$177,341.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **The Guitammer Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                  **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................  $               **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................  $       **1,240,945.61**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................  $       **1,240,945.61**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................  $   **1,248,104.59**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................  $         **5,303.52**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................  +$     **3,306,528.08**

4.   **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                              $     **4,559,936.19**

**Fill in this information to identify the case:**

Debtor name       **The Guitammer Company**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **KeyBank NA (Incl PPP Loan proceeds)** | Checking | 3340 | $216,427.09 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $216,427.09

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 63,147.48 | - | 0.00 | = .... | $63,147.48 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **The Guitammer Company**                                    Case number *(If known)* _____

Name

11b. Over 90 days old: _____**385.00**_____ - _____**0.00**_____ =.... _____**$385.00**_____

face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                        **$63,532.48**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13.  **Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                     % of ownership

| 15.1. | **LFT Manufacturing** | **50** % | **Revenue based** | **$176,432.00** |
|---|---|---|---|---|

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**                                                                        **$176,432.00**

Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| **Finished Goods** | **12/31/20** | **$0.00** | **Recent cost** | **$112,788.94** |
| **IMI/LFT consigned inventory** | **12/31/20** | **$337,465.10** | **Recent cost** | **$337,465.10** |
| 22.  **Other inventory or supplies** | | | | |
| **Misc parts and supplies** | **12/31/20** | **$0.00** | **Recent cost** | **$1,000.00** |

| Debtor | **The Guitammer Company** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 23. | **Total of Part 5.** | $451,254.04 |
| --- | --- | --- |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** office fixtures and furniture | $0.00 | Liquidation | $2,000.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | $2,000.00 |
| --- | --- | --- |
| | Add lines 39 through 42. Copy the total to line 86. | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| Debtor | **The Guitammer Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | |

| | **2015 Toyota 8FGCU25 Forklift S/N: 72171** | $0.00 | Comparable sale | $12,500.00 |
|---|---|---|---|---|
| | **Pallet Jack** | $0.00 | Comparable sale | $3,500.00 |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$16,000.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | |
| | **Buttkicker Trademark** | $0.00 | Expert | $140,100.00 |
| | **Patents and Intellectual Property on attached<br>list** | $0.00 | Expert | $175,200.00 |
| 61. | **Internet domain names and websites** | | |
| | **http://www.guitammer.com/** | $0.00 | | Unknown |

| Debtor | **The Guitammer Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| **https://thebuttkicker.com/** | **$0.00** | **Unknown** |
|---|---|---|

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

| **$315,300.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **The Guitammer Company**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $216,427.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $63,532.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $176,432.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $451,254.04 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $16,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $315,300.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,240,945.61 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,240,945.61 |

## Guitammer Active IP

| Use Case | Patent Name | Patent Number | Status | Assigned to / from |
|---|---|---|---|---|
| Live haptic broadcast for OTT and linear broadcasts. | Capture and remote reproduction of haptic events, ... | 7,911,328 B2 | current | Assigned by Luden to Guitammer |
| | | CN 201580016891.2 (China) | | |
| | | 3100244 (EPTO) | | |
| Haptics hardware. | Vibration transducer and actuator | 9,331,558 | current | Assigned by Clamme to Guitammer |
| | | 10-2003829 (Korea) | | |
| Adding haptic data to live or preproduced video content. | All types, gaming, sports, movie, etc. | ? | Provisional / expires 8/5/21 | Assigned by Mark Luden and Andrew Luden to Guitammer |
| Generating and adding haptic data for use with virtual reality and mixed reality environments. | VR, AR, MR | ? | Provisional / expires 8/5/21 | Assigned to Guitammer by Mark Luden and Andrew Luden |
| Adding haptic data to live or preproduced video content, by generating usable haptic data from acceleration or force data (numeric values), whether captured live or post produced. | All types, gaming, sports, movies, etc. | ? | Provisional / expires 8/5/21 | Assigned to Guitammer by Clamme and Andrew Luden |

**Fill in this information to identify the case:**

Debtor name      **The Guitammer Company**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **IMI International Inc./LFT Manuf. LLC**<br>Creditor's Name<br><br>**1600 Pittsburgh Dr**<br>**Delaware, OH 43015**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Various 2020-2021**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**IMI/LFT consigned inventory**<br><br>**Describe the lien**<br>**Purchase Money SI/Consignment**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$337,465.10** | **$337,465.10** |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Julie E. Jacobs Revocable Trust**<br>Creditor's Name<br>**c/o Julie E. Jacobs, Trustee**<br>**1105 Schrock Road Suite 602**<br>**Columbus, OH 43229**<br>Creditor's mailing address<br><br>**amgsj@aol.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2009-2010**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**All Assets; Assigned from OH DoD; Not perfected in Bank Acct; Coextensive with Doyle Tr**<br><br>**Describe the lien**<br>**Security Interest**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$556,136.38** | **$685,656.00** |

Debtor    **The Guitammer Company**                                           Case number (if known)

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Walter J. Doyle Trust** | Describe debtor's property that is subject to a lien | $340,743.13 | $685,656.00 |
|---|---|---|---|---|

Creditor's Name

**All Assets; Assigned from OH DoD; Not perfected in Bank Acct; Coextensive with Jacobs Tr**

**1970 Jewett Road**
**Powell, OH 43065**

Creditor's mailing address

Describe the lien
**Security Interest**
Is the creditor an insider or related party?

**walterdoyle@forestcapitalgroup.com**

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**2005;2007;2009**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Wells Fargo Equipment Finance** | Describe debtor's property that is subject to a lien | $13,759.98 | $12,500.00 |
|---|---|---|---|---|

Creditor's Name

**2015 Toyota 8FGCU25 Forklift S/N: 72171**

**800 Walnut St FL 4**
**Des Moines, IA 50309**

Creditor's mailing address

Describe the lien
**Financing Lease**
Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**
**7/2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4000**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $1,248,104.59

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

3/16/21 11:06AM

Debtor    **The Guitammer Company**                                          Case number (if known) _____
_____
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **The Guitammer Company**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                         12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Andrew Luden**<br>**538 Burwood Court**<br>**Westerville, OH 43081** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $410.96 | $410.96 |
|  | Date or dates debt was incurred<br>**3/13/21-3/16/21** | Basis for the claim:<br>**Wages** |  |  |
|  | Last 4 digits of account number **NA**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Brenden Kelly**<br>**8750 Woodwind Dr**<br>**Lewis Center, OH 43035** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $924.00 | $924.00 |
|  | Date or dates debt was incurred<br>**2/20/21** | Basis for the claim:<br>**Hourly Wages Gross** |  |  |
|  | Last 4 digits of account number **NA**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **The Guitammer Company** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,356.13 | $1,356.13 |
|---|---|---|---|---|

**Mark A. Luden**
**538 Burwood Court**
**Westerville, OH 43081**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13/21-3/16/21**

Basis for the claim:
**Wages**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.36 | $598.36 |
|---|---|---|---|---|

**Marvin L. Clamme**
**305 E. Spring Street**
**PO Box 51**
**New Knoxville, OH 45871**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13-3/16/21**

Basis for the claim:
**Wages**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.07 | $1,062.07 |
|---|---|---|---|---|

**Nancy J. Luden**
**538 Burwood Court**
**Westerville, OH 43081**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3/13-3/16/21**

Basis for the claim:
**Wages and Expense Reimbursement**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $952.00 | $952.00 |
|---|---|---|---|---|

**Trish Featherstone**
**1501 Braumiller Rd**
**Delaware, OH 43015**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2/20/21**

Basis for the claim:
**Hourly Wages Gross**

Last 4 digits of account number **NA**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **The Guitammer Company** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.86 |
|---|---|---|---|

**8X8 INC**
**Dept 848080**
**Los Angeles, CA 90084-8080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-21**

Basis for the claim:  **Phones**

Last 4 digits of account number  **0719**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.20 |
|---|---|---|---|

**AEP**
**PO Box 371496**
**Pittsburgh, PA 15250-7496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-21**

Basis for the claim:  **Utilities-Electric**

Last 4 digits of account number  **9060**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,333.44 |
|---|---|---|---|

**Airfoil Public Relations of CA**
**336 North Main Street**
**Royal Oak, MI 48067**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2014-2018**

Basis for the claim:  **Public relations**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,279.99 |
|---|---|---|---|

**American Express**
**c/o Beckett & Lee**
**PO BOX 3001**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2-3/21**

Basis for the claim:  **Credit Card Charges**

Last 4 digits of account number  **4001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $661.73 |
|---|---|---|---|

**Broadridge ICS**
**PO Box 416423**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2/2012-2014**

Basis for the claim:  **Reporting service**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,090.00 |
|---|---|---|---|

**Citadel Media**
**PO Box 403975**
**Altanta, GA 30384-3975**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/2010**

Basis for the claim:  **radio advertisements**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $159.25 |
|---|---|---|---|

**Columbia Gas**
**P.O. Box 4629**
**Carol Stream, IL 60197-4629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-21**

Basis for the claim:  **Utilities Gas**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Guitammer Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$42,199.94** |
|---|---|---|---|

**Comcast SportNet California**
PO Box 795517
City of Industry, CA 91716-9517

Date(s) debt was incurred  **2015**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **tv commercials**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,387.00** |
|---|---|---|---|

**Discount Edgar**
125 Wolf Road Suite 315
Albany, NY 12205

Date(s) debt was incurred  **11/2016-1/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **edgarizing of SEC filings**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,261.48** |
|---|---|---|---|

**Dodaro Consulting**
8779 Younts Peak Court
Attn: Wayne Dodaro
Las Vegas, NV 89178

Date(s) debt was incurred  **11/2014-2/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$369,948.12** |
|---|---|---|---|

**Eminence Speaker LLC**
P.O. Box 360
838 Mulberry Pike
Eminence, KY 40019

Date(s) debt was incurred  **10/2012-12/2014**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **product manufacturing**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**Geldhill Family Ltd. Pship**
68 S. Fourth St.
Columbus, OH 43215

Date(s) debt was incurred  **Feb-21**

Last 4 digits of account number  **t108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **RENT**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39.00** |
|---|---|---|---|

**Geldhill Family Ltd. Pship**
68 S. Fourth St.
Columbus, OH 43215

Date(s) debt was incurred  **Feb-21**

Last 4 digits of account number  **t108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **estimated Water Bill**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,786.13** |
|---|---|---|---|

**Horizons Companies**
4000 Horizons Drive
Attn: Don Lee
Columbus, OH 43220

Date(s) debt was incurred  **11/2014**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **The Guitammer Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,333.64** |
|---|---|---|---|

**Ice Miller**
250 West Street
Columbus, OH 43215

Date(s) debt was incurred  **5/2014-3/2018**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00** |
|---|---|---|---|

**ICS**
550 Parrott Street
San Jose, CA 95112

Date(s) debt was incurred  **10/2014**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **IT services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,272.00** |
|---|---|---|---|

**Jon Katz**
38730 Glenlivet Ct
Solon, OH 44139

Date(s) debt was incurred  **12/2015-2/2021**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,651.56** |
|---|---|---|---|

**KeyBank NA**
Attn Debra J Hamber
PO Box 94920
Cleveland, OH 44101-4920

Date(s) debt was incurred  **1/2003**

Last 4 digits of account number  **1284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Line of Credit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,178.00** |
|---|---|---|---|

**KeyBank NA**
Attn Debra J Hamber
PO Box 94920
Cleveland, OH 44101-4920

Date(s) debt was incurred  **3/11/21**

Last 4 digits of account number  **3506**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$126,113.51** |
|---|---|---|---|

**Lawrence L. Lemoine**
512 Francisco Street
Manhattan Beach, CA 90266

Date(s) debt was incurred  **1/2017-3/2019**

Last 4 digits of account number  **NA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$538.45** |
|---|---|---|---|

**Liberty Mutual Insurance**
PO Box 2839
New York, NY 10116-2839

Date(s) debt was incurred  **Feb-21**

Last 4 digits of account number  **5130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Estimated Liability Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Guitammer Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address

**Mark A. Luden**
**538 Burwood Court**
**Westerville, OH 43081**

Date(s) debt was incurred  1/2017-3/2019

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$84,369.11**

---

**3.23** | Nonpriority creditor's name and mailing address

**Marvin L. Clamme**
**305 E. Spring Street**
**PO Box 51**
**New Knoxville, OH 45871**

Date(s) debt was incurred  1/2017-3/2019

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$38,033.22**

---

**3.24** | Nonpriority creditor's name and mailing address

**Media Answers LLC**
**19065 Pebble Beach Way**
**Attn: Chris Lennon**
**Monument, CO 80132**

Date(s) debt was incurred  11/2016-2/2018

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting services**

Is the claim subject to offset? ☑ No ☐ Yes

**$17,672.84**

---

**3.25** | Nonpriority creditor's name and mailing address

**Merrill Lynch Bank USA**
**4661 Sawmill Road**
**2nd Floor**
**Columbus, OH 43220**

Date(s) debt was incurred  2/27/2009

Last 4 digits of account number  2045

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **2 Lines of Credit**

Is the claim subject to offset? ☑ No ☐ Yes

**$399,552.67**

---

**3.26** | Nonpriority creditor's name and mailing address

**Nancy J. Luden**
**538 Burwood Court**
**Westerville, OH 43081**

Date(s) debt was incurred  1/2017-3/2019

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$100,687.07**

---

**3.27** | Nonpriority creditor's name and mailing address

**Ohio Development Svcs Agency**
**Attn: Sharon Anthony**
**77 S High St FL 29**
**Columbus, OH 43215**

Date(s) debt was incurred  4/28/2008

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Loan; Assigned and subordinated to Doyle and Jaocbs Trusts**

Is the claim subject to offset? ☑ No ☐ Yes

**$402,326.26**

---

**3.28** | Nonpriority creditor's name and mailing address

**Opal Private Equity Fund LP**
**250 West Street**
**Columbus, OH 43215**

Date(s) debt was incurred  6/2005

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ☑ No ☐ Yes

**$245,786.76**

---

| Debtor | **The Guitammer Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111.28** |
|---|---|---|---|

**Reliance Technology Solutions**
5740 Gateway Blvd
Mason, OH 45040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-21**

Basis for the claim:  **software license**

Last 4 digits of account number  **guitammer**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$136.85** |
|---|---|---|---|

**Republic Services #046**
PO Box 9001099
Louisville, KY 40290-1099

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-21**

Basis for the claim:  **Trash collection**

Last 4 digits of account number  **7547**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$274.85** |
|---|---|---|---|

**RUSH Transportation/Logistics**
P.O. Box 2810
Dayton, OH 45401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-21**

Basis for the claim:  **Freight company**

Last 4 digits of account number  **3032**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,245.00** |
|---|---|---|---|

**Schneider Downs & Co. Inc**
65 E. State Street
#2000
Columbus, OH 43215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2016**

Basis for the claim:  **Audit services**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$930,365.18** |
|---|---|---|---|

**Thelma Gault**
91 Shelby Street
Eminence, KY 40019

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2003-2008**

Basis for the claim:  **Promissory Note; Assigned and Sbbordinated to Doyle and Jacobs Trusts**

Last 4 digits of account number  **NA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,677.26** |
|---|---|---|---|

**UPS**
PO BOX 809488
Chicago, IL 60680-9488

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-21**

Basis for the claim:  **Freight company**

Last 4 digits of account number  **594R**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$211.08** |
|---|---|---|---|

**Verizon Wireless**
PO Box 25505
Lehigh Valley, PA 18002-5506

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-21**

Basis for the claim:  **Estimate-Cell Phones**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **The Guitammer Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,341.00 |
|---|---|---|---|

Walter J. Doyle
1970 Jewett Road
Powell, OH 43065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2009**

Last 4 digits of account number  **NA**

Basis for the claim:  **Promissory Note**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.35 |
|---|---|---|---|

YRC
P.O. Box 93151
Chicago, IL 60673-3151

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Feb-21**

Last 4 digits of account number  **0001**

Basis for the claim:  **Freight company**

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ohio Attorney General**<br>**Collections Enforcement Section**<br>**150 E Gay ST Fl 21**<br>**Columbus, OH 43215** | Line  **3.27**<br>☐ Not listed. Explain | _ |
| 4.2 | **Ohio Attorney General**<br>**Collect Enforce Sect -Bankr**<br>**150 E Gay ST Fl 21**<br>**Columbus, OH 43215** | Line  _<br>☐ Not listed. Explain | _ |
| 4.3 | **Ohio Attorney General**<br>**Collections Enforcement Section**<br>**150 E Gay ST Fl 21**<br>**Columbus, OH 43215** | Line  _<br>☐ Not listed. Explain | _ |
| 4.4 | **Ohio Attorney General**<br>**Collect Enforce Sect -Bankr**<br>**150 E Gay ST Fl 21**<br>**Columbus, OH 43215** | Line  _<br>☐ Not listed. Explain | _ |
| 4.5 | **United States Attorney General**<br>**Main Justice Bldg**<br>**10th & Constitution Ave NW**<br>**Washington, DC 20530** | Line  _<br>☐ Not listed. Explain | _ |
| 4.6 | **US Attorney-- ND Ohio**<br>**Attn Bankruptcy Section**<br>**801 W Superior Ave Ste 400**<br>**Cleveland, OH 44113-1852** | Line  _<br>☐ Not listed. Explain | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 5,303.52 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,306,528.08 |

---

Debtor  **The Guitammer Company**                                    Case number (if known) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
              Name

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                                      5c.   $ _____ 3,311,831.60

**Fill in this information to identify the case:**

Debtor name    **The Guitammer Company**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 7099 Huntley Road Unit 108, Columbus, OH approximately 5,000 sq. ft** | |
|---|---|---|---|
| | State the term remaining | **1.5 yrs** | |
| | List the contract number of any government contract | _____ | **Robert Geldreich 68 S. Fourth St. Columbus, OH 43215** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

3/16/21 11:06AM

| Fill in this information to identify the case: |
|---|
| Debtor name   **The Guitammer Company** |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | **Julie E. Jacobs Revocable Trust** | **c/o Julie E. Jacobs, Trustee 1105 Schrock Road Suite 602 Columbus, OH 43229** | **Merrill Lynch Bank USA** | ☐ D _____ ■ E/F   **3.25** ☐ G _____ |
| 2.2 | **The Guitammer Company (NV)** | | **Ohio Development Svcs Agency** | ☐ D _____ ■ E/F   **3.27** ☐ G _____ |
| 2.3 | **US Small Business Administration** | **District Counsel 65 E State St Ste 1350 Columbus, OH 43215** | **KeyBank NA** | ☐ D _____ ■ E/F   **3.19** ☐ G _____ |
| 2.4 | **Walter J. Doyle Trust** | **1970 Jewett Road Powell, OH 43065** | **Merrill Lynch Bank USA** | ☐ D _____ ■ E/F   **3.25** ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **The Guitammer Company**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$528,761.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$2,749,826.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,922,871.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | **Parking Sub Lease** | **$300.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Joint Venture Income;<br>Parking and Dumpster rental** | **$128,260.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | **Joint Venture Income;<br>parking space rent, dumpter<br>rent; sale of old assets** | **$56,153.00** |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | **The Guitammer Company** | Case number *(if known)* | |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **American Express**<br>**c/o Beckett & Lee**<br>**PO BOX 3001**<br>**Malvern, PA 19355** | **3/12/21**<br>**$9089.84-2/1**<br>**3/21**<br>**$11244.05-1/**<br>**13/21**<br>**$15422.47** | **$35,756.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Google Adwords**<br>**1600 Ampitheatre Pkwy**<br>**Mountain View, CA 94043** | **$500 per**<br>**week since**<br>**12/16/20 on**<br>**AMEX card**<br>**(less $1.52**<br>**credit on**<br>**1/21/21)** | **$13,998.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **Geldhill Family Ltd. Pship**<br>**68 S. Fourth St.**<br>**Columbus, OH 43215** | **12/28/20-1/30**<br>**/21-2/4/21-2/2**<br>**5/21** | **$8,192.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease and utilities** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Mark A. Luden**<br>**538 Burwood Court**<br>**Westerville, OH 43081**<br>**CEO/President** | **Various See**<br>**attached** | **$183,124.91** | **Salary** |
| 4.2. **Nancy J. Luden**<br>**538 Burwood Court**<br>**Westerville, OH 43081**<br>**Wife of CEO/President** | **Various See**<br>**attached** | **$91,115.25** | **Salary and Reimbursement of Expenses** |
| 4.3. **Andrew Luden**<br><br>**Son of Mark Luden** | **Various See**<br>**Attached** | **$94,757.60** | **Salary and Reimbursement of Expenses** |
| 4.4. **Marvin L. Clamme**<br>**305 E. Spring Street**<br>**PO Box 51**<br>**New Knoxville, OH 45871**<br>**Shareholder in CJG** | **See attached** | **$83,373.17** | **Salary and Reimbursement of Expenses** |

Debtor    **The Guitammer Company** _____    Case number *(if known)* _____

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

    | Creditor's name and address | Describe of the Property | Date | Value of property |
    |---|---|---|---|
    | | | | |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

    | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
    |---|---|---|---|
    | | | | |

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

    ■ None.

    | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
    |---|---|---|---|
    | | | | |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

    | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
    |---|---|---|---|
    | | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
    |---|---|---|---|
    | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Debtor   **The Guitammer Company** _____   Case number *(if known)* _____

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Frederic P Schwieg Attorney at Law**<br>**19885 Detroit Rd #239**<br>**Rocky River, OH 44116-1815** | **Retainer** | **9/21/20** | **$5,000.00** |
| | Email or website address<br>**fschwieg@schwieglaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Frederic P Schwieg Attorney at Law**<br>**19885 Detroit Rd #239**<br>**Rocky River, OH 44116-1815** | **Payment from Retainer** | **11/23/20** | **$2,550.00** |
| | Email or website address<br>**fschwieg@schwieglaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.3. | **Frederic P Schwieg Attorney at Law**<br>**19885 Detroit Rd #239**<br>**Rocky River, OH 44116-1815** | **Paid from Retainer** | **1/26/2021** | **$2,750.00** |
| | Email or website address<br>**fschwieg@schwieglaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.4. | **Frederic P Schwieg Attorney at Law**<br>**19885 Detroit Rd #239**<br>**Rocky River, OH 44116-1815** | **Retainer** | **2/1/2021** | **$40,000.00** |
| | Email or website address<br>**fschwieg@schwieglaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.5. | **Frederic P Schwieg Attorney at Law**<br>**19885 Detroit Rd #239**<br>**Rocky River, OH 44116-1815** | **Paid From Retainer** | **3/16/21** | **$21,878.00** |
| | Email or website address<br>**fschwieg@schwieglaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

Debtor    **The Guitammer Company**                                              Case number *(if known)*

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **6117 Maxtown Rd Westerville, OH 43082** | **1/1/2006-8/31/2009** |

| **Part 8:** | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Name, Address, Credit Card information**
Does the debtor have a privacy policy about that information?
☐ No
■ Yes

---

Debtor    **The Guitammer Company**                                Case number *(if known)* _____

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **The Guitammer Company**                                    Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
|---|---|---|---|
| Case number | address | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|---|---|---|---|
| | address | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
|---|---|---|---|
| | address | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.    **LFT Manufacturing LLC** **1600 Pittsburgh Dr** **Delaware, OH 43015** | **manfucturer of transducers, amps and accessories for Debtor** | EIN:    47-1908332 |
| | | From-To    **2014-Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Mark A. Luden** **538 Burwood Court** **Westerville, OH 43081** | |
| 26a.2.    **Nancy J. Luden** **538 Burwood Court** **Westerville, OH 43081** | |
| 26a.3.    **Steven D. Steer** **Hack, Steer & Co LLC** **314 E Second St** **Salem, OH 44460** | **2000-Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

Debtor    **The Guitammer Company**                                      Case number *(if known)*

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Nancy J. Luden**<br>**538 Burwood Court**<br>**Westerville, OH 43081** | |
| 26c.2.  **Steven D. Steer**<br>**Hack, Steer & Co LLC**<br>**314 E Second St**<br>**Canfield, OH 44406** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Director of Develpmnt State of Ohio**<br>**Attn: Sharon Anthony**<br>**77 S High St**<br>**Columbus, OH 43216-1001** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1  **Nancy Luden** | **12/31/20** | **$94,207 (cost)** |
| Name and address of the person who has possession of inventory records | | |
| **Nancy J. Luden**<br>**538 Burwood Court**<br>**Westerville, OH 43081** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark A. Luden** | **538 Burwood Ct**<br>**Westerville, OH 43081** | **President CEO sole Board member; Stockholder of CJC** | **27.5** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Marvin L. Clamme** | **PO Box 51**<br>**New Knoxville, OH 45871** | **Stockholder in CJC (parent of Guitammer NV)** | **5.0** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **George Anasis** | **7871 Calverton Sq**<br>**New Albany, OH 43054** | **Stockholder in CJC (parent of Guitammer NV)** | **22.5** |

Debtor  **The Guitammer Company**

Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Gialamas | 11760 Berea Rd<br>Cleveland, OH 44111 | Stockholder in CJC (parent of Guitammer NV) | 22.5 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Christopher Doyle | 4661 Sawmill Rd Fl 2<br>Columbus, OH 43220 | Stockholder in CJC (parent of Guitammer NV) | 22.5 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Ken McCaw | 276 Burns Dr N<br>Westerville, OH 43082 | Board Member | 1999-2/28/21 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Walter J. Doyle | 1970 Jewett Road<br>Powell, OH 43065 | Board | 2008-2/28/21 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Mark A. Luden<br>538 Burwood Court<br>Westerville, OH 43081 | | Various | Salary and Reimbursement of Expenses |
| | Relationship to debtor<br>President/CEO | | | |
| 30.2. | Nancy J. Luden<br>538 Burwood Court<br>Westerville, OH 43081 | | Various; See attached | Salary and Reimbursement of Expenses |
| | Relationship to debtor<br>Wife of CEO/President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **The Guitammer Company**

Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **The Guitammer Company** | **EIN:**    **61-1650777** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2021**

**/s/ Mark A. Luden**    **Mark A. Luden**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

3:29 PM
03/15/21

# The Guitanmer Company
## Payroll Summary
### March 16, 2020 through March 16, 2021

| | Ciamma, Marvin L. | Luden, Andrew J | Luden, Mark A. | Luden, Nancy J |
|---|---:|---:|---:|---:|
| | Mar 16, '20 - Mar 16, 21 | Mar 16, '20 - Mar 16, 21 | Mar 16, '20 - Mar 16, 21 | Mar 16, '20 - Mar 16, 21 |
| **Employee Wages, Taxes and Adjustments** | | | | |
| Gross Pay | | | | |
|   Officer Salary Regular | 81,900.00 | 0.00 | 173,124.91 | 83,992.26 |
|   Officer Salary | 0.00 | 0.00 | 0.00 | 0.00 |
|   Officer Sick Salary | 0.00 | 0.00 | 0.00 | 0.00 |
|   Officer Vac Salary | 0.00 | 0.00 | 0.00 | 0.00 |
|   Salary | 0.00 | 49,038.54 | 0.00 | 0.00 |
|   Hourly Regular Rate | 0.00 | 0.00 | 0.00 | 0.00 |
|   Overtime Hourly Rate 1 | 0.00 | 0.00 | 0.00 | 0.00 |
|   Sales Commission | 0.00 | 45,364.98 | 10,000.00 | 0.00 |
| **Total Gross Pay** | 81,900.00 | 94,403.52 | 183,124.91 | 83,992.26 |
| Deductions from Gross Pay | | | | |
|   HSA(Pre tax) | 0.00 | 0.00 | -8,625.00 | 0.00 |
| **Total Deductions from Gross Pay** | 0.00 | 0.00 | -8,625.00 | 0.00 |
| **Adjusted Gross Pay** | 81,900.00 | 94,403.52 | 174,499.91 | 83,992.26 |
| Taxes Withheld | | | | |
|   Federal Withholding | -7,910.00 | -15,974.04 | -19,945.00 | -5,667.00 |
|   Medicare Employee | -1,187.55 | -1,368.85 | -2,530.25 | -1,217.89 |
|   Social Security Employee | -5,077.80 | -5,853.02 | -8,898.25 | -5,207.52 |
|   CDH - Withholding | -2,407.35 | -3,244.43 | -6,503.48 | -2,314.16 |
|   904 | -1,023.75 | -2,360.14 | -4,362.42 | -2,098.77 |
|   0603 -School District tax | 0.00 | 0.00 | 0.00 | 0.00 |
|   Medicare Employee Addl Tax | 0.00 | 0.00 | 0.00 | 0.00 |
|   Village of New Knoxville | -1,228.50 | 0.00 | 0.00 | 0.00 |
| **Total Taxes Withheld** | -18,834.95 | -28,800.44 | -42,239.40 | -16,506.34 |
| **Net Pay** | 63,065.05 | 65,603.08 | 132,260.51 | 67,485.92 |
| Employer Taxes and Contributions | | | | |
|   Federal Unemployment | 42.00 | 42.00 | 42.00 | 42.00 |
|   Medicare Company | 1,187.55 | 1,368.85 | 2,530.25 | 1,217.89 |
|   Social Security Company | 5,077.80 | 5,853.02 | 8,898.25 | 5,207.52 |
|   CDH - Unemployment Company | 0.00 | 0.00 | 0.00 | 0.00 |
|   OH - Unemployment Company | 72.00 | 72.00 | 72.00 | 72.00 |
| **Total Employer Taxes and Contributions** | 6,379.35 | 7,335.87 | 11,542.50 | 6,539.41 |
| Dental Insurance (company paid) | 0.00 | 449.72 | 467.12 | 523.36 |
| **Medical Insurance (company paid)** | 0.00 | 4,893.46 | 7,422.03 | 4,804.28 |
| **Total Employer Taxes and Contributions** | 6,379.35 | 12,679.05 | 19,431.65 | 11,867.05 |

## Marvin Clamme

| Type | Date | Num | Name | Memo | Account | Credit |
|------|------|-----|------|------|---------|--------|
| Check | 11/6/2020 | 16039 | Clamme, Marvin L. | Expenses | Key Business Checking | 219.21 |
| Check | 5/23/2020 | 15650 | Clamme, Marvin L. | expenses | Key Business Checking | 526.2 |
| Check | 3/17/2020 | 15491 | Clamme, Marvin L. | Expenses Jan-March 2020 | Key Business Checking | 727.76 |
| | | | | | | **1,473.17** |

## Nancy Luden

| Type | Date | Num | Name | Memo | Account | Credit |
|------|------|-----|------|------|---------|--------|
| Check | 2/23/2021 | 16280 | Luden, Nancy J | expenses | Key Business Checking | 520.44 |
| Check | 12/31/2020 | 16174 | Luden, Nancy J | Expenses | Key Business Checking | 732.36 |
| Check | 11/6/2020 | 16040 | Luden, Nancy J | Expenses | Key Business Checking | 913.39 |
| Check | 8/3/2020 | 15808 | Luden, Nancy J | expenses | Key Business Checking | 2,317.15 |
| Check | 5/23/2020 | 15649 | Luden, Nancy J | Expenses | Key Business Checking | 1,250.98 |
| Check | 3/17/2020 | 15494 | Luden, Nancy J | expenses | Key Business Checking | 1,388.67 |
| | | | | | | **7,122.99** |

Andrew Luden

$354.08

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **The Guitammer Company**                          Case No. _____

Debtor(s)                          Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept _____  $ _____

Prior to the filing of this statement I have received _____  $ _____

Balance Due _____  $ _____

■ **RETAINER**

For legal services, I have agreed to accept and received a retainer of _____  $        **40,000.00**

The undersigned shall bill against the retainer at an hourly rate of _____  $           **300.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  $ __**1,738.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Representation in all matters before the Bankruptcy Court.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **N/A**

In re   **The Guitammer Company**

Case No. _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 16, 2021**
_____
*Date*

**/s/ Frederic P. Schwieg, Esq.**
_____
**Frederic P. Schwieg, Esq. 0030418**
*Signature of Attorney*
**Frederic P Schwieg Attorney at Law**
**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
**440-499-4506   Fax: 440-398-0490**
**fschwieg@schwieglaw.com**
_____
*Name of law firm*

# United States Bankruptcy Court
## Southern District of Ohio

In re     **The Guitammer Company**                                      Case No.
                                            Debtor(s)              Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **The Guitammer Company<br>Corp Trust Co of NV<br>311 S Division St<br>Carson City, NV 89703** | **Common** | **100%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 16, 2021**                          Signature   **/s/ Mark A. Luden**

                                                                 **Mark A. Luden**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

8X8 INC
Dept 848080
Los Angeles, CA 90084-8080

AEP
PO Box 371496
Pittsburgh, PA 15250-7496

Airfoil Public Relations of CA
336 North Main Street
Royal Oak, MI 48067

American Express
c/o Beckett & Lee
PO BOX 3001
Malvern, PA 19355

Andrew Luden
538 Burwood Court
Westerville, OH 43081

Broadridge ICS
PO Box 416423
Boston, MA 02241

Citadel Media
PO Box 403975
Altanta, GA 30384-3975

Columbia Gas
P.O. Box 4629
Carol Stream, IL 60197-4629

Comcast SportNet California
PO Box 795517
City of Industry, CA 91716-9517

Discount Edgar
125 Wolf Road Suite 315
Albany, NY 12205

Dodaro Consulting
8779 Younts Peak Court
Attn: Wayne Dodaro
Las Vegas, NV 89178

Eminence Speaker LLC
P.O. Box 360
838 Mulberry Pike
Eminence, KY 40019

Geldhill Family Ltd. Pship
68 S. Fourth St.
Columbus, OH 43215

Horizons Companies
4000 Horizons Drive
Attn: Don Lee
Columbus, OH 43220

Ice Miller
250 West Street
Columbus, OH 43215

ICS
550 Parrott Street
San Jose, CA 95112

IMI International Inc./LFT Manuf. LLC
1600 Pittsburgh Dr
Delaware, OH 43015

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-5016

Jon Katz
38730 Glenlivet Ct
Solon, OH 44139

Julie E. Jacobs Revocable Trust
c/o Julie E. Jacobs, Trustee
1105 Schrock Road Suite 602
Columbus, OH 43229

KeyBank NA
Attn Debra J Hamber
PO Box 94920
Cleveland, OH 44101-4920

Law Offices of Carl Generes
4358 Shady Bend Drive
Dallas, TX 75244-7447

Lawrence L. Lemoine
512 Francisco Street
Manhattan Beach, CA 90266

Liberty Mutual Insurance
PO Box 2839
New York, NY 10116-2839

Mark A. Luden
538 Burwood Court
Westerville, OH 43081

Marvin L. Clamme
305 E. Spring Street
PO Box 51
New Knoxville, OH 45871

Media Answers LLC
19065 Pebble Beach Way
Attn: Chris Lennon
Monument, CO 80132

Merrill Lynch Bank USA
4661 Sawmill Road
2nd Floor
Columbus, OH 43220

Nancy J. Luden
538 Burwood Court
Westerville, OH 43081

Ohio Attorney General
Collections Enforcement Section
150 E Gay ST Fl 21
Columbus, OH 43215

Ohio Attorney General
Collect Enforce Sect -Bankr
150 E Gay ST Fl 21
Columbus, OH 43215

Ohio Attorney General
Collect Enforce Sect -Bankr
 150 E Gay ST Fl 21
Columbus, OH 43215

Ohio BWC
Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567

Ohio Department of Taxation
Attn Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530

Ohio Dept. of Job & Family Services
P.O. Box 182404
Columbus, OH 43218-2404

Ohio Development Svcs Agency
Attn: Sharon Anthony
77 S High St FL 29
Columbus, OH 43215

Opal Private Equity Fund LP
250 West Street
Columbus, OH 43215

Reliance Technology Solutions
5740 Gateway Blvd
Mason, OH 45040

Republic Services #046
PO Box 9001099
Louisville, KY 40290-1099

Robert Geldreich
68 S. Fourth St.
Columbus, OH 43215

RUSH Transportation/Logistics
P.O. Box 2810
Dayton, OH 45401

Schneider Downs & Co. Inc
65 E. State Street
#2000
Columbus, OH 43215

Securities Transfer Corporation
2901 North Dallas Parkway
Suite 30
Plano, TX 75093-5990

Steven D. Steer
Hack, Steer & Co LLC
314 E Second St
Canfield, OH 44406

Thelma Gault
91 Shelby Street
Eminence, KY 40019

United States Attorney General
Main Justice Bldg
10th & Constitution Ave NW
Washington, DC 20530

UPS
PO BOX 809488
Chicago, IL 60680-9488

US Attorney-- ND Ohio
Attn Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852

US Small Business Administration
District Counsel
65 E State St Ste 1350
Columbus, OH 43215

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5506

Walter J.  Doyle
1970 Jewett Road
Powell, OH 43065

Walter J. Doyle Trust
1970 Jewett Road
Powell, OH 43065

Wells Fargo Equipment Finance
800 Walnut St FL 4
Des Moines, IA 50309

YRC
P.O. Box 93151
Chicago, IL 60673-3151

# United States Bankruptcy Court
## Southern District of Ohio

In re    **The Guitammer Company**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **The Guitammer Company**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**The Guitammer Company**
**Corp Trust Co of NV**
**311 S Division St**
**Carson City, NV 89703**

☐ None [*Check if applicable*]

**March 16, 2021**

Date

**/s/ Frederic P. Schwieg, Esq.**
**Frederic P. Schwieg, Esq. 0030418**

Signature of Attorney or Litigant
Counsel for    **The Guitammer Company**
**Frederic P Schwieg Attorney at Law**
**19885 Detroit Rd #239**
**Rocky River, OH 44116-1815**
**440-499-4506 Fax:440-398-0490**
**fschwieg@schwieglaw.com**