**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE THE GUITAMMER COMPANY<br>*Debtor* | CASE NO. 21-50832<br>JUDGE<br>CHAPTER 11<br>SUBCHAPTER V |

### MOTION OF THE GUITAMMER COMPANY TO EMPLOY FREDERIC P. SCHWIEG, ESQ. ATTORNEY AT LAW AS COUNSEL

The Guitammer Company as Debtor and Debtor-in-Possession ("Debtor") moves this Court for an order authorizing it to employ counsel.

**The necessity for Employment**. The Debtor has determined that the administration of assets of these estates and the resolution of claims of creditors require the Debtor to obtain legal services. The Debtor needs to retain counsel to advise it concerning the administration of these cases, to advise it concerning the requirements of the Bankruptcy Code, to represent it in all matters before this Court and all cases and proceedings ancillary to the within bankruptcy case. Such matters require the expertise of legal counsel with particular expertise in the Bankruptcy Code and Rules.

**Person to be Employed**. The Debtor seeks to employ Frederic P. Schwieg, Esq., 19885 Detroit Rd. #239ive, Rocky River, Ohio 44116-3008, telephone number (440) 499-4506 ("Schwieg") as its counsel.

**Reasons for Selection**. Mr. Schwieg has been selected by Debtor to perform these services because Mr. Schwieg has expertise in bankruptcy cases and in particular, representation of Debtors-in-Possession, as well as the general business law expertise essential to inform and advise the Debtor concerning its options and obligations in administering this case.

**Professional Services to be Rendered**. The professional services Mr. Schwieg shall render consist of the preparation of pleadings and services incidental thereto and conducting

-1-

examinations or depositions of witnesses, participation in negotiations for the sale of assets of the Estate, formulating a plan of reorganization, and production of related documents.

**Proposed Arrangement for Compensation and Mr. Schwieg's Connections with Other Entities**.  The Debtor proposes to pay Mr. Schwieg for services rendered on an hourly basis and to reimburse all expenses incurred by Mr. Schwieg on behalf of the Estate.  Mr. Schwieg currently charges $300.00 per hour, his normal billable rate for such services, but such rate may change in the future.  All fees will, of course, be subject to Court approval and paid only upon Court order.  Mr. Schwieg is a disinterested person as that term is defined in the Bankruptcy Code as shown by his attached verified statement.

THEREFORE, the Debtor respectfully requests that this Court enter an order authorizing the retention of Frederic P. Schwieg as counsel to Debtor to perform the services necessary for the effective administration of the estate.

Respectfully submitted,
/s/ Frederic P. Schwieg
Frederic P. Schwieg
Attorney at Law.
19885 Detroit Rd. #239
Rocky River OH 44116-3008
1 (440) 499-4506
fschwieg@schwieglaw.com
Counsel to Debtor, Proposed Counsel to Debtor-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE THE GUITAMMER COMPANY<br>*Debtor* | CASE NO. 20-14502<br>JUDGE HARRIS<br>CHAPTER 11 |

Frederic P. Schwieg, Esq., being first duly sworn, deposes and says as follows:

1. He avers to the following statements from his personal knowledge.

2. He makes this verified statement under the provisions of the Bankruptcy Code regarding the employment of professional persons by The Guitammer Company as Debtor and Debtor-in-Possession ("Debtor") and in light of the restrictions and requirements imposed therein by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

3. This verified statement is to affirm to this Court that neither affiant, nor any person with whom he is associated in the practice of law is a relative by blood or marriage of any Bankruptcy Judge of the Southern District of Ohio, the United States Trustee for the Districts of Ohio and Michigan, Region IX, or any employee of said U.S. Trustee and that he is not now nor has he ever been so connected with any such person as to render his appointment or the Court's approval of his appointment as counsel to the Trustee in the above-captioned matter improper.

4. He is a "disinterested person" as:

   a) He does not and has not served as an employee of the Debtor within two years before the petition filing.

   b) He is not and has not been a general or limited partner of a partnership in which the Debtor is also a general or limited partner. He is not presently a creditor of the estate.

   c) He is not an insider of the Debtor.

d) He has been paid $45,000 for prepetition fees and as security retainer for services to be rendered from the Debtor. Mr. Schwieg incurred $25,878.00 for time and expenses before the filing of this case, which amount includes $1,738.00 for the filing fee in this case and holds as security retainer the balance for services to be performed by him in this case.

e) There is no agreement of any nature as to the sharing of any compensation to be paid to him.

f) He does not have any interest materially adverse to the interest of the estate or of any class of creditors because of any direct or indirect relationship to, connection with the Debtor, or for any other reason. He does not have any other interest, direct or indirect, which may be affected by the proposed representation.

g) The rates of compensation set forth in the attached schedule and the Trustee's application to employ Frederic P. Schwieg, Esq. are true and are the customary and usual rates charged by Mr. Schwieg for such services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Frederic P. Schwieg
Frederic P. Schwieg, Esq.

-2-

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| IN RE THE GUITAMMER COMPANY<br>*Debtor* | CASE NO.<br>JUDGE<br>CHAPTER 11 |

**<u>ORDER GRANTING DEBTOR TO EMPLOY FREDERIC P. SCHWIEG, ESQ. AS COUNSEL</u>**

The matter before the Court is the Motion of The Guitammer Company as Debtor and Debtor-in-Possession ("Debtor"), to employ Frederic P. Schwieg, Esq. as its counsel in this case. No party has objected to the Motion, the Court has reviewed the Motion finds the same well taken and it is hereby GRANTED.

###

Prepared by:

-1-

MOTION TO EMPLOY FPS.DOCX

-2-

/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
19885 Detroit Rd. #239
Rocky River, OH 44116
(440) 499-4506
(440) 398-0490
fschwieg@schwieglaw.com
**ECF Service**